[No. 22559-0-II.    Division Two.    May 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN THOMAS
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-03889-1, Bruce W. Cohoe, J., entered
October 20, 1997. *Affirmed* by unpublished opinion per
Bridgewater, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 22596-4-II.    Division Two.    May 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE
DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 96-1-01297-0, Leonard W. Kruse, J., entered
October 31, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Armstrong, A.C.J., and Sein-
feld, J.

[No. 22760-6-II.    Division Two.    May 28, 1999.]

DENTON B. DELONG, ET AL., *Respondents*, v. DONALD M.
SHORT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Jeffer-
son County, No. 95-2-00002-8, William E. Howard, J.,
entered December 10, 1997. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Morgan and
Houghton, JJ.

[No. 22853-0-II.    Division Two.    May 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN M.
STEPP, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-00141-5, F. Mark McCauley, J.,
entered January 26, 1998. *Affirmed* by unpublished opinion
per Bridgewater, C.J., concurred in by Armstrong and Hunt,
JJ.